# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RUSSELL HOUSELY

NO. 2026 KW 0665

**AUGUST 10, 2026**

---

In Re:    Russell Housely, applying for supervisory writs, 21st Judicial District Court, Parish of St. Helena, No. 25575.

---

**BEFORE:    WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.** The record of the St. Helena Parish Office of the Clerk of Court reflects that on December 5, 2025, the district court acted on relator's request for copies of the bill of information and criminal court minutes. Though the record shows that the guilty plea transcript was processed on January 12, 2026, there is no record showing that the transcript was forwarded to relator. Accordingly, the writ is granted and the St. Helena Clerk's Office is ordered to forward a copy of the guilty plea transcript to relator on or before September 1, 2026, if it has not already done so.

EW
TPS
KEB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT